**UNITED STATES of America,
Appellee,**

v.

**William Charles McNEILL, Appellant.**

**No. 26016.**

United States Court of Appeals,
Ninth Circuit.

June 9, 1971.

Michael Balaban (argued), Beverly Hills, Cal., for appellant.

John M. Newman, Jr., Asst. U. S. Atty., (appeared) Robert L. Meyer, U. S. Atty., Eric A. Nobles, Asst. U. S. Atty., David R. Nissen, Chief, Crim. Div., Los Angeles, Cal., for appellee.

Before HAMLEY, DUNIWAY and KILKENNY, Circuit Judges.

PER CURIAM:

The judgment is affirmed. Ehlert v. United States, 402 U.S. 99, 91 S.Ct. 1319, 28 L.Ed.2d 625 (1971).